

# Fourth Court of Appeals
## San Antonio, Texas

September 3, 2021

No. 04-20-00409-CV

**CITY OF DEL RIO,**
Appellant

v.

Henry **ARREDONDO,**
Appellee

From the 83rd Judicial District Court, Val Verde County, Texas
Trial Court No. 2020-0073-CIV
Honorable Robert Cadena, Judge Presiding

# O R D E R

Sitting:  Luz Elena D. Chapa, Justice
     Irene Rios, Justice
     Liza A. Rodriguez, Justice

Appellant's unopposed motion to extend time to file a motion for rehearing or en banc reconsideration is GRANTED. The motion is due on or before **September 2, 2021**.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of September, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court